AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DERRICK COLTRANE

Case: 1:25-cr-00375
Assigned To: Judge Friedrich, Dabney L.
Assign Date: 12/2/2025
Description: INDICTMENT (B)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DERRICK COLTRANE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery);
22 D.C. Code § 402 (Assault with a Dangerous Weapon);
22 D.C. Code § 4504(b) (Possession of a Firearm During a Crime of Violence or Dangerous Offense).

Date: 12/02/2025

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/25, and the person was arrested on *(date)* 12/11/25
at *(city and state)* Washington DC.

Date: 12/11/25

*Arresting officer's signature*

D. Stallman-DUSM
*Printed name and title*